# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| **Plaintiff,** | : |
| v. | :    CR No.   18-0303 (TFH) |
| **SAMANTHA DeFOREST DAVIS,** | : |
| **Defendant.** | : |

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the attorney specified below.   Please send all notices and inquires to this attorney at the address listed.

        Respectfully submitted,

        A.J. KRAMER
        FEDERAL PUBLID DEFENDER

        _____"/s/"_____
        MICHELLE PETERSON
        Chief Assistant Federal Public Defender
        625 Indiana Ave., NW
        Suite 550
        Washington, DC   20004
        (202) 208-7500
        shelli_peterson@fd.org